IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Jose E. Lebron,                                    :
                              Petitioner           :
                                                   :
                    v.                             :          No. 1265 C.D. 2019
                                                   :
Public School Employees' Retirement                :
Board,                                             :
                              Respondent           :


**PER CURIAM**                          **O R D E R**


NOW, December 21, 2020, upon consideration of Respondent's application for reargument, and Petitioner's answer in response thereto, the application is denied.